**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00006-CR**
_____

**MITCHELL COREY KNIGHTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 411th District Court**
**Polk County, Texas**
**Trial Cause No. 22233**

**MEMORANDUM OPINION**

The trial court sentenced Mitchell Corey Knighton on November 25, 2013. Knighton filed a notice of appeal on August 14, 2014. We notified the parties that Knighton filed his notice of appeal too late to perfect an appeal. *See* Tex. R. App. P. 25.2(b). Knighton filed a response, requesting an out of time appeal, but failed to establish that his notice of appeal was timely filed or that the Texas Court of Criminal Appeals granted an out-of-time appeal as habeas relief. *See generally* Tex. R. App. P. 73.

1

The Court finds that the notice of appeal was not timely filed. *See* Tex. R. App. P. 26.2. No motion for extension of time was timely filed pursuant to Tex. R. App. P. 26.3. The Court finds it is without jurisdiction to entertain this appeal. Accordingly, we dismiss the appeal for want of jurisdiction.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on February 3, 2015
Opinion Delivered February 4, 2015
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.